**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:    RALPH B. CLARK SR. | : CHAPTER 13 |
| Debtor | : |
| | : BANKRUPTCY NO. 20-10156-ELF |
| | : |
| WILLIAM PENN BANK | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| RALPH B. CLARK SR. | : Attorney I.D. # 17183 |
| Debtor | : |
| | : |
| and | : |
| | : |
| KENNETH E. WEST, ESQUIRE | : |
| Standing Trustee | : 11 U.S.C. Section 362 |

**NOTICE OF CLAIM SATISFACTION**

As to Claim No. 2 filed on February 11, 2020, William Penn Bank files this Notice that its claim has been satisfied and the Debtor has no further liability as to this claim. William Penn Bank requests that no further disbursements be made on this claim by the Chapter 13 Trustee.

STUCKERT AND YATES

By: _____
DON F. MARSHALL, ESQUIRE
Attorney for Movant
Attorney I.D. #17183
2 North State Street
P.O. Box 70
Newtown, PA 18940
Telephone: 215-968-4700

(ref:wpb.clark.satisfaction)

JUN 20 2024